UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNTIED STATES OF AMERICA,

       Plaintiff,                            Case No. 05-80722-2

v.                                          Honorable Patrick J. Duggan

BRYAN KILLIAN,

       Defendant.
_____/

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 10, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Defendant Bryan Killian has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                      s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Bryan Killian #40352-039
FCI Milan
P.O. Box 1000
Milan, MI 48160

Ronald Waterstreet, AUSA